71 So.3d 154 (2011)
Phyllis BROWNIE, Appellant,
v.
FLORIDA INSURANCE GUARANTY ASSOCIATION, INC., Appellee.
No. 4D10-1844.
District Court of Appeal of Florida, Fourth District.
September 7, 2011.
Rehearing Denied October 27, 2011.
Mark D. Press of Stabinski & Funt, P.A., Miami, for appellant.
Helen Ann Hauser of Restani, Dittmar & Hauser, P.A., Coral Gables, for appellee.
PER CURIAM.
Affirmed. See Florida Ins. Guar. Ass'n v. Smothers, 65 So.3d 541 (Fla. 4th DCA 2011).
DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.